M. LUCILLE HARDIN, Plaintiff and Counterdefendant-Appellee, *v.* CALVIN L. HARDIN, Defendant and Counterplaintiff-Appellant.

(No. 59047;

First District (1st Division)—February 19, 1974.

Opinion by Mr. JUSTICE BURKE.

McCarthy, Scheurich, Duffy & McCarthy, of Chicago (John M. Duffy and Stephen A. Snakard, of counsel), for appellant.

No brief for appellee.